# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

155355 & (26)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDWARD WILLIAM TAYLOR,
      Defendant-Appellant.

SC: 155355
COA: 335749
Muskegon CC: 97-141253-FH

_____/

On order of the Court, the motion to amend the application is GRANTED. The application for leave to appeal the January 5, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



Clerk

t1218